tion by Florence M. Nicolay against David S. Nicolay. No opinion. Judgment affirmed, with costs.

NIEWENHAUS, Respondent, v. NEW YORK & H. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action v. Siebrand Niewenhaus against the New York & Harlem Railroad Company. T. Emery, for appellant. G. C. Law, for respondent. No opinion. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissenting.

NILSSON, Respondent, v. DE HAVEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Nils Nilsson against Hugh De Haven. No opinion. Order affirmed, with $10 costs and disbursements.

O'BRIEN, Respondent, v. MANNING, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Margaret O'Brien against Thomas Manning, as executor, etc., of Margaret Murray, deceased. No opinion. Judgment and order of the county court of Westchester county unanimously affirmed, with costs.

O'DONNELL v. SALINSKY. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by Marguerite F. C. O'Donnell against Benjamin Salinsky. No opinion. Motion granted, with $10 costs.

O'DONOGHUE et al., Respondents, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Margaret A. O'Donoghue and others against Annie E. Smith and others. H. Aplington, for appellants. F. A. Card, for respondents. No opinion. Order affirmed with $10 costs and disbursements.

OLEAN ST. RY. CO. v. PENNSYLVANIA R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by the Olean Street Railway Company against the Pennsylvania Railroad Company and another. No opinion. Motion for leave to appeal to the court of appeals granted; order settling questions to be certified to be settled by and before Mr. Justice McLENNAN on two days' notice.

In re ONEONTA, C. & R. S. RY. CO. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) In the matter of the application of the Oneonta, Cooperstown & Richfield Springs Railway Company for the appointment of commissioners to determine whether a street-surface railway ought to be constructed and operated in and upon Lake and Church streets in the village of Richfield Springs, in the county of Otsego and state of New York.

PER CURIAM. Order amended by inserting after the words "Harrington and William B. Ward" the words "and the Delaware, Lackawanna & Western Railroad Company," and also

at the end of said order the words, "No further costs or disbursements shall be taxed herein than the amount above stated."

In re ONEONTA, C. & R. S. RY. CO. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) In the matter of the application of Onconta, Cooperstown & Richfield Springs Railway Company for the appointment of commissioners to determine whether a street-surface railroad ought to be constructed and operated upon Lake and Church streets, being a continuous street or highway in the village of Richfield Springs, in the county of Otsego and state of New York.

PER CURIAM. Application granted, and the following persons appointed commissioners: Charles Davis, of Saugerties, N. Y., George S. Andrews, of Owego, N. Y., and William W. Worden, of Saratoga Springs, N. Y. Ordered that the question under the statute of public necessity and convenience be referred to this commission. All other questions are reserved until the coming in of that report. Order to be settled by CHESTER, J., if not agreed upon.

ORNE, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Benjamin Orne against William O. Greene. M. E. Harby, for appellant. P. A. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissenting.

ORNE v. GREENE. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Benjamin Orne against William C. Greene. No opinion. Motion denied.

PAGE, Respondent, v. CANFIELD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Joseph L. Page, as receiver, etc., against Ursula Z. Canfield.

PER CURIAM. Judgment and order reversed, and new trial ordered with costs to the appellant to abide event, upon questions of law only, the facts having been examined and no error found therein. Held, that plaintiff was properly appointed, and had power to maintain this action; but held that the court committed error in receiving the evidence of Stickney's alleged statements to Mrs. Margaret Canfield that she would not get any alimony, and of Waring's alleged advice to the mortgagor to go away, given after the mortgage was executed, and in its charge and refusals to charge concerning said evidence. This renders consideration of other exceptions relating to the admission and rejection of evidence and to the charge and refusals to charge unnecessary.

DAVY, J., not voting.

PALMER, Appellant, v. HARRER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by George Palmer against John Harrer and another. No opinion. Judgment and order affirmed, with costs.